May 29, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROGER DALE MONTGOMERY, Appellant

NO. 14-14-00227-CV                    V.

SPRING I.S.D., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Roger Dale Montgomery.

We further order this decision certified below for observance.